FILED IN CHAMBERS
U.S.D.C. - Rome

NOV 23 2010

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA

      v.

PAUL EDWARD GREEN,

      Defendant.

CRIMINAL ACTION
NO. 4:10-CR-21-1

O R D E R

After carefully considering the report and recommendation the magistrate judge, together with the objections thereto, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 23ᵈᵈ day of November, 2010.

_____
ROBERT L. VINING, JR.
Senior United States District Judge